AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of New Hampshire



U.S. DISTRICT COURT
DICTRICT OF N.H.
FILED

2010 JUN 21  A 10: 11

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

White Samsung T-Mobile Cellphone; Black Motorola T-Mobile 2GB cellphone; Maroon Samsung ATT cellphone; Red/black Nokia Xpress Music cellphone; White Samsung T-Mobile cellphone; White Sony Ericsson ATT cellphone; Blue LG ATT cellphone; Red T-Mobile Blackberry cellphone; Blue Nextel Flip i860 cellphone; Motorola i856 Boost Mobile cellphone; Apple IPhone cellphone; Sony Nav-U GPS Unit

)
)
)
)
)
)
)
)

Case No.  10 - mj - 54

**SEALED DOCUMENT**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

located in the _____ District of _____ New Hampshire _____, there is now concealed *(identify the person or describe the property to be seized)*:

evidence of violations of 21 U.S.C. 846 and 18 U.S.C. 1956 contained within the above-described devices

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 846 | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine |
| 18 U.S.C. 1956 | Money Laundering |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mark W. Alford, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  6-21-10
        10:05 am

City and state:  Concord, New Hampshire

*Judge's signature*

Landya B. McCafferty
*Printed name and title*